■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v CHURCHILL ANDREWS, Defendant. [968 NYS2d 883]—Application by the defendant for a writ of error coram nobis seeking leave to file a late notice of appeal from a judgment of the Supreme Court, Kings County, rendered September 3, 2008.

Ordered that the application is denied.

The defendant has not established his entitlement to the relief requested (*see People v Syville*, 15 NY3d 391 [2010]). Eng, P.J., Dillon, Austin and Sgroi, JJ., concur.